## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE


Joshua Manning

    v.                                        Civil No. 05-fp-369

Northern NH Correctional Facility, Warden



## ORDER GRANTING REQUEST TO
## PROCEED IN FORMA PAUPERIS


Plaintiff's request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is hereby

granted, but only for the purpose of waiving the filing fee.

This case has been assigned number 05-cv-369-SM.

**SO ORDERED.**


_____
James R. Muirhead
United States Magistrate Judge


Date:   October 21, 2005

cc:     Joshua Manning, pro se