UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Joshua Manning</u>

    v.                    Civil No. 05-fp-369

<u>Northern NH Correctional Facility, Warden</u>

### ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned number 05-cv-369-SM.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date:   October 21, 2005

cc:     Joshua Manning, pro se