UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Joshua Manning

v.   Civil No. 05-cv-369-SM

Warden, Northern NH Correctional Facility

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 25, 2005 for the reasons stated therein.

SO ORDERED.

November 14, 2005

_____
Steven J. McAuliffe
Chief Judge

cc:   Sven D. Wiberg, Esq.