UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Joshua Manning</u>

     v.          Civil No. 05-cv-369-SM

<u>Larry Blaisdell, Warden,</u>
<u>Northern New Hampshire</u>
<u>Correctional Facility</u>

## O R D E R

  I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 31, 2006, no objection having been filed.  The case is hereby dismissed.

  SO ORDERED.

March 16, 2006

                 _____
                 Steven J. McAuliffe
                 Chief Judge

cc: Sven D. Wiberg, Esq.